



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Gaming Marketing Solutions, Inc.      :
                                       :
            Plaintiff,                 :      ___Civ.____( )
                                       :
      -against-                        :
Kein Cross                             :      RULE 7.1 STATEMENT
            Defendant.                 :
-------------------------------------------------X      May 29, 2007

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gaming Marketing Solutions, Inc.(a private non-governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Gaming Marketing Solutions, Inc. has no publicly held corporate parents, affiliates and/or subsidiaries.

Date: 5/30/07

Elisabeth Seieroe Maurer

Attorney Bar Code: ESM2215