USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GAMING MARKETING SOLUTIONS,

        Plaintiff,

   -against-

KEIN CROSS,

        Defendant.
------------------------------------------------------------X

07CV4624
(AKH)

**STIPULATION**

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the respective parties, that:

   1. Plaintiff Gaming Marketing Solutions' ("Plaintiff") motion for, <u>inter alia</u>, a preliminary injunction will be conferenced before Judge Hellerstein at 11:15 a.m. on Wednesday, June 13, 2007. Counsel for both parties shall appear at the conference.

   2. During the period from June 6, 2007 through 11:15 a.m. on June 13, 2007, defendant Kein Cross ("Defendant") voluntarily agrees to refrain from speaking or otherwise communicating with anyone other than counsel regarding this matter.

   3. This Stipulation may be executed in counterparts and such counterparts together shall constitute the entire Stipulation. Fax signatures shall be deemed originals.

Dated:  New York, New York
     June 6, 2007

MAURER & ASSOCIATES P.C.
Attorneys for Plaintiff
871 Ethan Allen Highway, Suite 202
Ridgefield, Connecticut 06877
(203) 438-1388  (esm 2215)
By: _____
ELISABETH SEEROE MAURER

mnfx@e:\wp\amf-s\031216-02\stip.6.6.07.doc

CORNICELLO & TENDLER, LLP
Attorneys for Defendant
116 John Street, Suite 2501
New York, New York 10038
(212) 994-0260 (srb- 4110)
By: _____
SUSAN BAUMEL-CORNICELLO

SO Ordered
[signature]
U.S.D.J.
Part I
6/6/07

Returned to chambers for scanning on: 6/13/07
Scanned by chambers on: 6/13/07

MICROFILM JUN 12 2007 9:__ AM