UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GAMING MARKETING SOLUTIONS, INC.,    :    **ORDER**
                                     :
                        Plaintiff,   :    07 Civ. 4624 (    )
                                     :
    -against-                        :
                                     :
KEIN CROSS,                          :
                                     :
                        Defendant.   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Upon the verified complaint of Gaming Marketing Solutions, Inc., sworn to May 28, 2007, it is:

    ORDERED that the above-named defendant show cause at the United States District Court located at 500 Pearl Street, New York, New York, on a date to be fixed by the District Judge to whom this case is assigned, why an order should not issue enjoining defendant from contacting Foxwoods Resort Casino or Maritz, Inc.; and it is further

    ORDERED that plaintiff shall file any and all papers in support of its application for a preliminary injunction by June 20, 2007; that defendant shall file papers in opposition to the application by July 10, 2007; and that plaintiff shall reply by July 13, 2007.

Dated:   June 13, 2007
         New York, New York

                                                ALVIN K. HELLERSTEIN
                                                Part I Judge