UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GAMING MARKETING SOLUTIONS, INC.,        :        Case No. 07 CV 4624
                                          :
                  Plaintiff,        :        (KMK)
                                          :
    -against-                        :        **NOTICE OF APPEARANCE**
                                          :
KEIN CROSS,                              :
                                          :
                  Defendant.        :
------------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

    Enter the below named firm's appearance as counsel in this case for defendant Kein Cross.

    I hereby certify that I am admitted to practice in this Court.

Dated:    New York, New York
              July 10, 2007

                                CORNICELLO & TENDLER, LLP
                                Attorneys for Defendant
                                116 John Street, Suite 2501
                                New York, New York 10038
                                (212) 994-0260

                                By: /s/ Allison M. Furman-Salcedo
                                 ALLISON M. FURMAN-SALCEDO (AF-2114)


TO:    ELIZABETH SEIEROE MAURER, ESQ.
         MAURER & ASSOCIATES, PC
         Attorneys for Plaintiff
         871 Ethan Allen Highway, Suite 202
         Ridgefield, CT 06877

amfs@e:\wp\amf-s\031816-02\not.app.7.10.07.doc