**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

The undersigned, being duly sworn deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed at 116 John Street, Suite 2501, New York, New York 10038.

2. That on July 11, 2007, I served a true copy of the **NOTICE OF APPEARANCE** upon:

> ELIZABETH SEIEROE MAURER, ESQ.
> MAURER & ASSOCIATES, PC
> Attorneys for Plaintiff
> 871 Ethan Allen Highway, Suite 202
> Ridgefield, CT 06877

(x) by depositing same in a post-paid, properly addressed envelope(s) into an official depository under the exclusive care and custody of the United States Postal Service.

/s/ Yvonne R. Yurnet
Yvonne R. Yurnet

Sworn to before me this
11th day of July, 2007

/s/ Allison M. Furman
NOTARY PUBLIC