UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GAMING MARKETING SOLUTIONS,              :         07CV4624
                                          :          (AKH)
                Plaintiff,       :
    -against-                             :
                                          :         July 16, 2007
KEIN CROSS,                               :
                Defendant.       :
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, a copy of the foregoing Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for a Permanent Injunction and Exhibit I was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                By: *Elisabeth Seieroe Maurer*
                Elisabeth Seieroe Maurer