UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

| | |
|---|---|
| **Gaming Marketing Solutions, Inc.**<br><br>                          **Plaintiffs,**<br><br>-v-<br><br>**Kein Cross**<br><br>                          **Defendant.** | Case No.<br>07-cv-4624 (KMK)<br><br>ORDER<br>ECF |

KENNETH M. KARAS, District Judge:

       The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

       ORDERED, that counsel who will try the case appear for a conference on August 16, 2007 at 12:30pm in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

Dated: August 13, 2007
       New York, New York

                                                        KENNETH M. KARAS
                                                        UNITED STATES DISTRICT JUDGE