UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

GAMING MARKETING SOLUTIONS, INC.,

    Plaintiff,

-v-

KEIN CROSS,

    Defendant.

Case No. 07-CV-4624 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

Plaintiff is ordered to serve its Amended Complaint and Summons upon Defendant, or Defendant's counsel, by 5 p.m. on August 17, 2007.

For the reasons stated on the record on August 16, 2007, Plaintiff must submit a letter-brief by August 24, 2007, explaining why Plaintiff should not bear the reasonable costs of preparing Defendant's initial opposition to Plaintiff's application for a preliminary injunction based on the Complaint first filed in this case. Defendant's letter-brief in response is due August 31, 2007.

SO ORDERED.

Dated:    August 20, 2007
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE