# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GAMING MARKETING SOLUTIONS,                :        07CV4624
                                           :        (AKH)
                    Plaintiff,             :
        -against-                          :
                                           :        JUNE 29, 2007
KEIN CROSS,                                :
                    Defendant.             :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, a copy of the foregoing Plaintiff's Verified Amended Complaint with verification of James Feldman J with exhibits was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Elisabeth Seieroe Maurer

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

The undersigned, being duly sworn deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed at 116 John Street, Suite 2501, New York, New York 10038.

2. That on July 11, 2007, I served a true copy of the **NOTICE OF APPEARANCE** upon:

> ELIZABETH SEIEROE MAURER, ESQ.
> MAURER & ASSOCIATES, PC
> Attorneys for Plaintiff
> 871 Ethan Allen Highway, Suite 202
> Ridgefield, CT 06877

(x) by depositing same in a post-paid, properly addressed envelope(s) into an official depository under the exclusive care and custody of the United States Postal Service.

/s/ Yvonne R. Yurnet
Yvonne R. Yurnet

Sworn to before me this
11th day of July, 2007

/s/ Allison M. Furman
NOTARY PUBLIC

# EXHIBIT B



US Home                                              Information Center | Customer Supp

Español                                                              [Search]

Package / Envelope Services | Office/Print Services | Freight Services | Expedited Serv
Ship | Track | Manage My Account | International Tools

**Track Shipments**
Detailed Results                                    Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 861638466958 | Reference | 031816-02 | **Wrong Address?** Reduce future mistakes |
| Signed for by | E.MAUER | Delivered to | Receptionist/Front Desk | FedEx Address Checker |
| Ship date | Jul 11, 2007 | Service type | Priority Pak | |
| Delivery date | Jul 12, 2007 9:17 AM | Weight | 1.0 lbs. | Tracking a FedEx Smart Shipment? |
| Status | Delivered | | | Go to shipper login |
| Signature image available | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 12, 2007 | 9:17 AM | Delivered | | |
| | 8:17 AM | On FedEx vehicle for delivery | DANBURY, CT | |
| | 7:45 AM | At local FedEx facility | DANBURY, CT | |
| | 3:41 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:51 AM | Left origin | NEW YORK, NY | |
| | 12:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jul 11, 2007 | 10:57 AM | Picked up | NEW YORK, NY | |

Take 15% off list rates on eligible FedEx Express online shipments.

[Signature proof] [E-mail results] [Track more shipments]

Subscribe to tracking updates (optional)

Your Name: [        ]        Your E-mail Address: [        ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

http://www.fedex.com/Tracking?ascend_header=1&clienttype=dotcom&cntry_code=...

**US Airbill**

FedEx Tracking Number: 8616 3846 6958

From:
FedEx Tracking Number: 8616384669958
Sender's Name: (illegible)
Company: PATTERSON & TEMPLER, LLP
Address: 1 JOHN ST RM 2501
City: YORK  State: NY  ZIP: 10038-3314
Billing Reference: 03116-02

To:
Recipient: ELIZABETH (illegible)
Company: (illegible)
Address: (illegible)
City: (illegible)  State: CT  ZIP: 06117

0387607907

Barcode: 8616 3846 6958

**4a Express Package Service** — FedEx Priority Overnight [X]

**5 Packaging** — FedEx Envelope [X]

**6 Special Handling** — No dangerous goods [X]

**7 Payment** — Bill Sender [X]

Total Packages: 1
Total Weight: 1.00

**8 Residential Delivery Signature Options** — 519