```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GAMING MARKETING SOLUTIONS,            :         07CV4624
                                       :           (RJK)
                 Plaintiff,            :
        -against-                      :
                                       :         October 8, 2007
KEIN CROSS,                            :
                 Defendant.            :
------------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, a copy of the Court's Notice of Reassignment of the Case to Judge Sullivan was faxed to Allison Furman, Attorney for the Defendant per order of the Court.

                         By: *Patricia Smallwood*
                             Patricia Smallwood