# CORNICELLO & TENDLER, LLP
COUNSELORS AND ATTORNEYS AT LAW

ANTHONY J CORNICELLO
SUSAN BAUMEL-CORNICELLO *
DAVID B. TENDLER **

KULIYOTI (JYOTY) BEDI
JAY H. BERG
EDWARD DEIGNAN ***
DIANA O EMERICH
AILISON M. FURMAN

STEVEN SCAVUZZO
  COUNSEL

*ADMITTED IN NEW YORK
 CONNECTICUT & WASHINGTON, DC
** ADMITTED IN NEW YORK
 & NEW JERSEY
*** ADMITTED IN NEW YORK
 & MASSACHUSETTS

116 JOHN STREET • SUITE 2501
NEW YORK, N.Y. 10038

TELEPHONE (212) 994-0260
FACSIMILE (212) 994-0268
(NOT FOR SERVICE OF DOCUMENTS)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

January 3, 2008

**BY FACSIMILE (212) 805-7946**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21C
New York, New York 10007

> Re:  Gaming Marketing Solutions, Inc. v. Kein Cross
>      Case No. 07 CV 4624 (S.D.N.Y.)

Dear Judge Sullivan:

This letter is respectfully submitted jointly by counsel for both Plaintiff and Defendant in this matter. We are requesting a reasonable adjournment of the status conference, now scheduled for January 4, 2008 to January 24, 2008.

By order dated December 14, 2007, this Court, ruling on an August 21, 2007 order to show cause, declined to impose sanctions against Plaintiff. In the same order, this Court directed the parties to submit a joint status letter to the Court by January 2, 2008 and for a status conference to be held on January 4, 2008.

However, neither Plaintiff's nor Defendant's counsel were aware of that order until yesterday. Inexplicably, the order, although claiming to be entered on December 17, 2007, was not electronically mailed to either counsel. While both Plaintiff and Defendant's counsel were manually checking for the order on the ECF system, neither counsel saw the order until yesterday. Plaintiff's counsel in fact checked the docket sheet for this matter "around Christmas-time" but did not locate a copy of the order.

CORNICELLO & TENDLER, LLP

    A reasonable adjournment will give the parties a chance to prepare the joint status letter and to discuss the merits of this case. Currently outstanding is an application for a preliminary injunction. The parties, as of today, have begun to discuss the merits of that preliminary injunction and would like the opportunity to attempt to resolve the issues raised therein without further legal intervention.

    Counsel for both plaintiff and defendant is available if the Court has any questions. Thank you.

Respectfully submitted,

Susan Baumel-Cornicello

cc:   Elisabeth Seieroe Maurer, Esq. (by fax)

yy@e:\wp\amf-s\031816-02\sullivan.1.3.08.doc

*The status conference previously scheduled for January 4, 2008 is hereby adjourned to January 24, 2008 at 4:30pm. The parties are to submit a joint status letter, in accordance with the Court's December 17, 2007 order, by January 20, 2008.*

SO ORDERED.
Dated: 1/3/08
RICHARD J. SULLIVAN
U.S.D.J.

2