UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GAMING MARKETING SOLUTIONS, INC., : Case No. 07 CV 4624
:
Plaintiff, : (KMK)
:
-against- : **NOTICE OF APPEARANCE**
:
KEIN CROSS, :
:
Defendant. :
------------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Enter the below named firm's appearance as counsel in this case for defendant Kein Cross.

I hereby certify that I am admitted to practice in this Court.

Dated:   New York, New York
         January 7, 2008

                            **CORNICELLO & TENDLER, LLP**
                            Attorneys for Defendant
                            116 John Street, Suite 2501
                            New York, New York 10038
                            (212) 994-0260

                            By: /s/ Susan Robin Baumel-Cornicello
                               SUSAN ROBIN BAUMEL-CORNICELLO (SB-4110)


TO:   ELIZABETH SEIEROE MAURER, ESQ.
      MAURER & ASSOCIATES, PC
      Attorneys for Plaintiff
      871 Ethan Allen Highway, Suite 202
      Ridgefield, CT 06877

yy@Z:\WP\SRB new\031816-02 - GMS v. Cross\not.app.01.07.08.doc