UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

GAMING MARKETING SOLUTIONS, INC.,

Plaintiff,

-v-

KEIN CROSS,

Defendant.

No. 07 Civ. 4624 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on January 24, 2008, the following schedule was adopted:

> The parties are to submit a joint letter to the Court, no later than February 22, 2008, indicating whether they have been able to reach a settlement.
>
> If the parties have not been able to reach a settlement by February 22, 2008, the parties should inform the Court as to whether they would like the Court's assistance in settlement negotiations.

SO ORDERED.

Dated:    January 24, 2008
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

1