UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **GAMING MARKETING SOLUTIONS, INC.**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>-v-<br><br>**KEIN CROSS**<br><br>　　　　　　　　　　**Defendant.** | Case No.<br>07-cv-4624 (RJS)<br><br>ORDER<br>ECF |

RICHARD J. SULLIVAN, District Judge:

　　　　IT IS HEREBY ORDERED, that counsel appear with their clients on July 2, 2008 at 2:15pm in the United States Federal Courthouse located at 500 Pearl Street, New York, New York, Courtroom 21C for a settlement conference.

SO ORDERED.
DATED:
New York, New York May 27, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE