IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GAMING MARKETING SOLUTIONS, <br><br> Plaintiff <br><br> v. <br><br> KEIN CROSS, <br><br> Defendant | Case No. 07-CV-4624 |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

MAURER & ASSOCIATES, P.C.

By: _____
Elisabeth Seieroe Maurer
Attorney for Plaintiff

CORNICELLO & TENDLER, LLP

By: _____
Susan Baumel-Cornicello
Attorney for Defendant