*Sullivan, J*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

GAMING MARKETING SOLUTIONS,

    Plaintiff

v.

KEIN CROSS,

    Defendant

Case No. 07-CV-4624 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

MAURER & ASSOCIATES, P.C.

By: _____
Elisabeth Seieroe Maurer
Attorney for Plaintiff

CORNICELLO & TENDLER, LLP

By: _____
Susan Baumel-Cornicello
Attorney for Defendant

7/25/08